Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

Amy Burley
Defendant

Case Number:  1:23CR00004-1-SE

I, Amy Burley, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 7/10/23

_____
Defendant

_____
Defense Counsel

cc: Defendant
 U.S. Attorney
 U.S. Marshal
 U.S. Probation
 Defense Counsel

USDCNH-103 (10-14)